UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62469-CIV-DIMITROULEAS/SNOW

EMILIO PINERO,

    Plaintiff,

vs.

GMM SUNSHINE LLC,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

The parties, through undersigned Counsel, hereby notify the Court that they have reached a settlement agreement of all claims and issues that were or could have been raised by the Plaintiff in this lawsuit. The parties are preparing a formal written settlement agreement and will be filing a stipulation for dismissal with prejudice within 20 days.

Dated this July 17th 2012.

Respectfully submitted,

| | |
|---|---|
| s/ Lauren N. Wassenberg | s/ Peter Siegel |
| Lauren N. Wassenberg, Esquire | Peter Siegel, Esquire |
| Florida Bar No. 34083 | Florida Bar No. |
| 429 Lenox Avenue, Suite 4W23 | 100 West Cypress Creek Rd St 700 |
| Miami Beach, Florida 33139 | Ft. Lauderdale, FL 33309 |
| Telephone: (305) 537-3723 | Telephone: (561) 491-1120 |
| Facsimile: (866) 519-3748 | Facsimile: (561) 267-8027 |
| *Counsel for Plaintiff Emilio Pinero* | *Counsel for Defendant GMM SUNSHINE, LLC.* |

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 17th day of July 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          By: s/ Lauren Wassenberg
               Lauren Wassenberg, Esq.
               Florida Bar No.: 34083